UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, on behalf of himself and all other persons similarly situated,

Plaintiff,

v.

MINNETONKA MOCCASIN COMPANY, INC.,

Defendant.

26-CV-5097 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In accordance with the Court's July 22, 2026 Order, Dkt. 8, the parties are directed to meet and confer for at least one hour in a good-faith attempt to settle this action (to the extent they have not already), and to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. The deadline to submit the joint letter is extended *nunc pro tunc* to November 10, 2026. Failure to comply with this order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 20, 2026
New York, New York

Ronnie Abrams
United States District Judge